January 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MALONE & BAILEY, P.C., MALONEBAILEY L.L.P., AND
JOHN C. MALONE, Appellants

NO. 14-11-00600-CV            V.

DAVID GROSSMAN AND JEFF HOUSTON, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by MALONE & BAILEY, P.C., MALONEBAILEY L.L.P., AND JOHN C. MALONE.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.